IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 24-81591 |
| | ) | |
| MAGALY MORALES, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | JUDGE: THOMAS M. LYNCH |
| | ) | |

**<u>NOTICE OF MOTION</u>**

TO: See attached service list

PLEASE TAKE NOTICE that on May 7, 2026, at 9:00 a.m., I will appear before the Honorable Thomas M. Lynch, or any judge sitting in that judge's place, **either** in courtroom 3100 at 327 S. Church St., Rockford, IL 61101 **or** electronically as described below and present the motion of M&T Bank as servicing agent for Lakeview Loan Servicing, LLC for Relief from Stay and Co-Debtor Stay, a copy of which is attached.

**Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646- 828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **160 291 5226** and the passcode is **852255**. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

McCalla Raymer Leibert Pierce, LLP

*/s/ Dylan Dean Smith*
Dylan Dean Smith
ARDC# 6333375
333 West Wacker Drive, Suite 1820
Chicago, IL 60606
(312) 346-9088

## <u>CERTIFICATE OF SERVICE</u>

<u>I, Dylan Dean Smith</u>

[x] an attorney, certify

- or –

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on <u>04/27/2026</u> at 5:00 p.m.

*/s/ Dylan Dean Smith*

**Dylan Dean Smith**

## SERVICE LIST

To Trustee:                                    *by Electronic Notice through ECF*
Lydia Meyer
P.O. Box 14127
Rockford, IL 61105-4127

To Acting U.S. Trustee:
Adam G. Brief
Office of the U.S. Trustee, Region 11         *by Electronic Notice through ECF*
780 Regent Street
Suite 304
Madison, WI 53715

To Debtor:                                     *Served via U.S. Mail*
Magaly Morales
630 3rd Ave.
Marengo, IL 60152

To Co-Debtor:                                  *Served via U.S. Mail*
Michell Mireles
1516 Keeler Ave
Beloit, WI 53511

To Attorney:                                   *by Electronic Notice through ECF*
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

  To HUD
  Dept. of Housing and Urban
 Development:   United States of America
  c/o Attorney General of the United
 States   U.S. Department of Justice
  950 Pennsylvania Avenue, NW
 Washington, DC 20530-0001

  To HUD
  Dept. of Housing and Urban
 Development:   Ralph Metcalfe Federal
 Building
  77 West Jackson Boulevard
  Chicago, IL 60604-3507

McCalla Raymer Leibert Pierce, LLP
Attorney for Creditor
333 West Wacker Drive, Suite 1820
Chicago, IL 60606

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| MAGALY MORALES, | ) | NO.: 24-81591 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: THOMAS M. LYNCH |
| | ) | |
| | ) | |

## **MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY**

NOW COMES M&T Bank as servicing agent for Lakeview Loan Servicing, LLC by and through its attorneys, McCalla Raymer Leibert Pierce, LLP, and requests that the Automatic Stay and Co-Debtor Stay entered on the property located at 630 3rd Ave, Marengo, Illinois 60152 be Modified stating as follows:

1.  On November 14, 2024, the above captioned Chapter 13 was filed.

2.  On May 8, 2025, the above captioned Chapter 13 was confirmed.

3.  M&T Bank as servicing agent for Lakeview Loan Servicing, LLC services the first mortgage lien on the property located at 630 3rd Ave, Marengo, Illinois 60152.

4.  Additionally, the Debtor and Co-Debtor executed a Illinois Partial Claim Note (Secondary Lien) and Illinois Mortgage in the amount of $12,554.05 in favor of the Secretary of Housing and Urban Development, consenting to a mortgage lien being placed on the Property and will come due when the Borrower pays the loan off, sells or refinances, as described in the attached documents.

5. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to M&T Bank as servicing agent for Lakeview Loan Servicing, LLC. Post-petition payments are $2,248.32.

6. The post-petition mortgage payments are due and owing for February 1, 2026. As of April 7, 2026, the default to M&T Bank as servicing agent for Lakeview Loan Servicing, LLC is approximately $6,457.70 through April 1, 2026, which includes a suspense amount of $287.26.

7. The total debt owed to Movant as of April 7, 2026, is $241,677.44, which includes an unpaid principal balance of $238,355.72.

8. Attorney's fees and costs for this motion are due in the amount of $1,549.00.

9. The plan is in material default.

10. M&T Bank as servicing agent for Lakeview Loan Servicing, LLC also seeks to modify the stay as to co-debtor Michell Mireles pursuant to 11 U.S.C. §1301(a).

11. M&T Bank as servicing agent for Lakeview Loan Servicing, LLC continues to be injured each day it remains bound by the Automatic Stay.

12. M&T Bank as servicing agent for Lakeview Loan Servicing, LLC is not adequately protected.

13. The property located at 630 3rd Ave, Marengo, Illinois 60152 is not necessary for the Debtor's reorganization.

14. M&T Bank services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge, and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of "Movant". Movant,

directly or through an agent, has possession of the Note.  The Note is endorsed in blank.

15.    No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(4) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay and Co-Debtor Stay on the property located at 630 3rd Ave, Marengo, Illinois 60152, be modified and that Bankruptcy Rule 4001(a)(4) be waived as not applicable, and leave be granted to M&T Bank as servicing agent for Lakeview Loan Servicing, LLC to proceed with non bankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

|  |  | McCalla Raymer Leibert Pierce, LLP |
|--|--|--|
| By: | | */s/ Dylan Dean Smith* |
| | | Dylan Dean Smith |
| | | Illinois Bar No. 6333375 |
| | | Attorney for Creditor |
| | | 333 West Wacker Drive Suite 1820 |
| | | Chicago, IL 60606 |
| | | Phone:  (312) 346-9088 |
| | | Fax:  (312) 551-4400 |
| | | Email:  ILpleadings@mrpllc.com |